

# NUMBER 13-18-00002-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE PABLO SERGIO ORTEGA AND JULIA ORTEGA

## On Petition for Writ of Mandamus.

## ORDER

### Before Justices Rodriguez, Longoria, and Hinojosa
### Per Curiam Order

Relators Pablo Sergio Ortega and Julia Ortega filed a petition for writ of mandamus in the above cause on December 29, 2017.[1]  Through this original proceeding, relators seek to compel the trial court to dismiss the underlying case.  The Court requests that the real party in interest, Omar Jasso, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.  *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

---

[1] This original proceeding is related to a separate original proceeding previously filed in this Court. *See In re Ortega*, No. 13-17-00618-CV, 2017 WL 6348151, at \*1 (Tex. App.—Corpus Christi Dec. 13, 2017, orig. proceeding) (mem. op.) (dismissing the petition for writ of mandamus without prejudice).

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the 3rd
day of January, 2018.